## WAIVER OF SERVICE OF SUMMONS

To: Saradja Paul, Esq.

I acknowledge receipt of your request that I waive service of a summons and complaint in an action filed by you against my clients, Toggle Web Media LLC d/b/a Icy AF Jewelry and Moshe Priyev, Case Number 20-CV-5949 in the United States Eastern District Court. I have also received a copy of the complaint in this action, two copies of this waiver, and a means by which I can return this signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that my clients be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure.

My client will retain all defenses or objections to the lawsuit or to the jurisdiction of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against my client if an answer or motion under FRCP 12(b) is not served on you within 90 days after April 19, 2021.

Dated: April 19, 2021

_____
Craig K. Tyson, Esq.
Attorney for Defendants

_____
Moshe Priyev
Defendant

Toggle Web Media LLC d/b/a Icy AF Jewelry

By: _____
         Moshe Priyev