UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ID TECH LLC d/b/a FROST NYC
and NISON KAYKOV,

            Plaintiffs,

-against-

TOGGLE WEB MEDIA LLC d/b/a ICY AF
JEWELRY and MOSHE PRIYEV,

            Defendants.

Case No. 1:20-CV-05949 (EK)

ECF CASE

**NOTICE OF MOTION**

---

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss, and all accompanying exhibits, and all prior pleadings and proceedings herein, defendants Toggle Web Media LLC d/b/a Icy Af Jewelry and Moshe Priyev will respectfully move this Court, at 225 Cadman Plaza East, Brooklyn, NY 11201, at such time and place as the Court may direct, for an order pursuant to the Colorado River doctrine, dismissing all claims with prejudice, or in the alternative, staying this action pending the complete resolution of the action pending in Supreme Court of the State of New York, County of Queens, with the caption <u>ID TECH LLC et al v. TOGGLE WEB MEDIA, et al.</u> Index No.: 707133/2019.

Dated: July 16, 2021
New York, NY

                                                /s/ Craig K. Tyson

                                                Craig K. Tyson
                                                The Law Office of Craig K. Tyson
                                                299 Broadway, Suite 800
                                                New York, New York 10007
                                                Phone: (917) 815-8530
                                                Fax: (212) 661-5844
                                                ctfstop@aol.com

**Attorneys for Defendants
Toggle Web Media LLC d/b/a Icy
AF Jewelry and Moshe Priyev**

To:

Saradja Paul, Esq.

Attorney for Plaintiffs

20 W 47th Street, Suite 203

New York, NY 10036

BY: ECF