```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

  ID TECH LLC d/b/a FROST NYC,

                        Plaintiff,           MEMORANDUM & ORDER
                                             20-CV-5949(EK)(RER)
              -against-

  TOGGLE WEB MEDIA LLC d/b/a ICY AF
  JEWELRY and MOSHE PRIYEV,

                        Defendants.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The court has received Magistrate Judge Reyes' Report and Recommendation (R&R) dated October 10, 2023.  ECF No. 45.  Judge Reyes recommends that the defendants' motion for attorney's fees and costs be granted.  Specifically, the R&R concludes that the defendants should be awarded $19,215 in attorney's fees and $402 in costs.  No party has filed objections, and the time to do so has expired.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord State Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I see no error and therefore adopt the R&R in its entirety.  Thus, the defendants' motion for attorney's fees and costs is granted, and the

defendants are awarded $19,215 in attorney's fees and $402 in costs.

        SO ORDERED.

                                    /s/ Eric Komitee
                                ERIC KOMITEE
                                United States District Judge

Dated:    March 28, 2024
            Brooklyn, New York